**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LISA YUNKER,<br><br>                                  Plaintiff,<br><br>     v.<br><br>CARSON CITY HOLDINGS, LLC,<br>dba CARSON HOT SPRINGS<br>RESORT, et al.,<br><br>                                  Defendants. | 3:22-cv-00516-LRH-CSD<br><br>**ORDER** |

The parties have failed to submit their Stipulated Discovery Plan and Scheduling Order. The parties shall file their Proposed Stipulated Discovery Plan and Scheduling Order in accordance with LR 26-1 on or before **Friday, March 31, 2023.**

**IT IS SO ORDERED.**

DATED:  March 14, 2023.

_____
UNITED STATES MAGISTRATE JUDGE