UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEVADA

| | |
|---|---|
| LISA YUNKER<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CARSON CITY HOLDINGS, LLC d/b/a CARSON HOT SPRINGS RESORT, a Delaware Corporation; and DOES I through X,<br><br>　　　　Defendants. | CASE NO. 3:22-cv-00516-LRH-CSD<br><br>**ORDER GRANTING STIPULATION TO DISMISS SUIT WITH PREJUDICE** |

　　Plaintiff, Lisa Yunker, by and through her attorney of record, Clarence E. Gamble, Esq. of Ramos Law, and Defendant, Carson City Holdings, LLC d/b/a/ Carson City Hot Springs Resort, by and through its attorney of record, Pamela A. McKay, Esq. of McKay Law Firm, Chtd., hereby stipulate to dismiss the above-captioned suit with prejudice with each party bearing their respective attorney's fees and costs.

　　IT IS SO STIPULATED this 8th day of January, 2024.

| | |
|---|---|
| MCKAY LAW FIRM, CHTD. | RAMOS LAW |
| /s/ *Pamela McKay* | /s/ *Clarence E. Gamble* |
| By: _____<br>PAMELA A. McKAY (SBN 7812)<br>Attorneys for Defendant<br>CARSON CITY HOLDING, LLC dba<br>CARSON HOT SPRINGS RESORT | By: _____<br>CLARENCE E. GAMBLE (SBN 4268)<br>Attorneys for Plaintiff<br>LISA YUNKER |

/ / /

1

*Yunker v. Carson City Holdings, LLC*
Case No. 3:22-cv-00516-LRH-CSD
Stipulation to Dismiss Suit With Prejudice and Order Thereon

## **ORDER**

Pursuant to the Stipulation between Plaintiff and Defendant, the above-captioned suit is dismissed with prejudice with each party bearing their respective attorney fees and costs.

IT IS FURTHER ORDERED that the Clerk of the Court shall enter final judgment accordingly, dismiss this action, and close the case.

IT IS SO ORDERED.

DATED this 12th day of January, 2024.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2